# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

DEBORAH CARMICHAEL
    *Plaintiff,*

v.                                      Civil No. 3:19-cv-00908-JBA

ADVANCED NURSING & REHABILITATION
CENTER OF NEW HAVEN LLC and
ADVANCED CENTER FOR NURSING &
REHABILITATION LLC
    *Defendants.*

## JUDGMENT

This case came on for consideration by a virtual bench trial before the Honorable Janet Bond Arterton, United States District Judge. On February 24, 2021 a Memorandum of Decision (Doc. 63) entered. The ruling found in favor of plaintiff Deborah Carmichael and awarded her economic damages of $28,208.44 and noneconomic compensatory damages of $70,000.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that judgment enter in accordance with the Court's Ruling in favor of plaintiff Deborah Carmichael in the total amount of $98,208.44 and against defendants Advanced Nursing & Rehabilitation Center of New Haven LLC and Advanced Center for Nursing & Rehabilitation LLC and the case is closed.

Dated at New Haven, Connecticut this 25th day of February 2021.

                                                  ROBIN D. TABORA, Clerk

                                                  By: /s/ Donna Barry
                                                         Deputy Clerk

EOD: February 25, 2021